1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )   1:13-CR-00173-LJO-SKO
                                      )
11                Plaintiff,          )   STIPULATION CONTINUING STATUS
                                      )   CONFERENCE; ORDER
12                                    )
                                      )   Date: July 29, 2013
13          v.                        )   Time: 1:00 P.M.
                                      )   Judge: SHEILA K. OBERTO
14                                    )
                                      )
15 CRENCIO MEDRANO-FARFAN,            )
                                      )
16                Defendant.          )
                                      )
17 ─────────────────────────────────

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and

19 through their respective attorneys of record herein, that the status

20 conference now set for June 17, 2013, may be continued to **July 29,**

21 **2013, at 1:00 p.m.**

22      The reason for the continuance is due to the passing of the

23 mother of the assigned prosecutor.  The parties stipulate and agree

24 that the interests of justice served by granting this continuance

25 outweigh the best interests of the public and the defendant in a

26 speedy trial and that the delay from the continuance shall be

27 excluded from the calculation of time under the Speedy Trial Act

28 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

                  Stipulation Continuing Status Conference; Order

Dated:     June 13, 2013              BENJAMIN B. WAGNER
                                      United States Attorney


                                 By:  ___/s/_____
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney



Dated:     June 13, 2013              ___/s/_____
                                      Richard Beshwate
                                      Counsel for Defendant
                                      Crecencio Medrano-Farfan


## O R D E R

     The intervening period of delay shall be excluded in the
interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 13, 2013**              _____/s/ Sheila K. Oberto_____
                                      UNITED STATES MAGISTRATE JUDGE