1
2
3
4                      IN THE UNITED STATES DISTRICT COURT FOR THE
5                           EASTERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,              )
                                           )
8               Plaintiff,                 )        No. 1:13-CR-00173 LJO
                                           )
9         vs.                              )        ORDER OF RELEASE
                                           )
10  CRECENCIO MEDRANO-FARFAN,              )
                                           )
11              Defendant.                 )
   _____)
12
13        The above named defendant having been sentenced on July 29, 2013, to a period of TIME
14  SERVED,
15        IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified
16  Judgment and Commitment order to follow.  This Order in no way addresses any potential or
17  existing Immigration or Deportation issues.
18
19  IT IS SO ORDERED.
20  **Dated:   July 29, 2013**              **/s/  Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
                                           1